No. 817.   P. J. CARLIN CONSTRUCTION CO. ET. AL. v. HEANEY ET AL.

638

Decided April 6, 1936. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937); *Citizens National Bank* v. *Durr,* 257 U. S. 99, 106; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6; *Indian Territory Co.* v. *Board of Equalization,* 287 U. S. 573; *Lewis* v. *New York,* 289 U. S. 709. Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is granted. *Mr. Elmer Clyde Sherwood* for appellants. *Messrs. Henry Epstein* and *Joseph A. Mc-Laughlin* for appellees.